No. 92–5762.  IN RE ZIEGLER;

No. 92–6085.  IN RE DAVIS; and

No. 92–6103.  IN RE WASKO.  Petitions for writs of habeas corpus denied.

No. 92–5271.  IN RE HANSEN; and

No. 92–5978.  IN RE LITZENBERG.  Petitions for writs of mandamus denied.

No. 91–2045.  DARBY ET AL. *v.* KEMP, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL.  C. A. 4th Cir.  Certiorari granted.

No. 92–207.  UNITED STATES *v.* PADILLA ET AL.  C. A. 9th Cir.  Motion of respondent Donald J. Simpson for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 91–1797.  TAYLOR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–2030.  PACHULSKI *v.* TOPA THRIFT & LOAN ASSN.  C. A. 9th Cir.  Certiorari denied.

No. 91–2072.  AVIRGAN ET AL. *v.* HULL ET AL.; and

No. 92–119.  SHEEHAN ET AL. *v.* HULL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–8075.  RIECHMANN *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 91–8650.  SMITH *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 91–8724.  DOLENC *v.* FULCOMER, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 91–8770.  HILL *v.* MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL.  C. A. 3d Cir.  Certiorari denied.